UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____    :

RAHEEM MAURICE HAYES,    :

    Plaintiff,    :    Civ. No. 18-12006 (KM) (MAH)

v.    :    **ORDER**

SGT. WILKENS, et al.,    :

    Defendants.    :

_____:

This matter having come before the Court on the Report and Recommendation (DE 22) of Magistrate Judge Michael A. Hammer that the case be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute; and the Magistrate Judge having appropriately weighed the applicable *Poulis* factors; and the Court having reviewed that analysis and found itself in agreement; and no objection, timely or otherwise, to the Report and Recommendation having been received;

    IT IS this 8th day of December, 2020

    ORDERED that the Report and Recommendation is affirmed and adopted; and it if further

    ORDERED that this action is DISMISSED with prejudice.

    The clerk shall close the file.

/s/ Kevin McNulty
_____
Kevin McNulty
United States District Judge